NUMBER 13-03-669-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________
 
SAN JUANA RAMIREZ ALEJANDRO,                                  Appellant,

v.

FRANCISCO ALEJANDRO,                                                  Appellee.
____________________________________________________________________

On appeal from the 206th District Court
of Hidalgo County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Justices Rodriguez, Castillo, and Garza
Memorandum Opinion Per Curiam

         Appellant, SAN JUANA RAMIREZ ALEJANDRO, perfected an appeal from a
judgment entered by the 206th District Court of Hidalgo County, Texas, in cause
number F-0069-03-D. After the record was filed, appellant filed a motion to dismiss
the appeal. In the motion, appellant states that this case has been resolved and
appellant no longer wishes to prosecute this appeal. Appellant requests that this Court
dismiss the appeal.
         The Court, having considered the documents on file and appellant’s motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant’s
motion to dismiss is granted, and the appeal is hereby DISMISSED.
                                                                                 PER CURIAM
Memorandum Opinion delivered and filed 
this the 28th day of April, 2005.